United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEAM ELIAS JIMENEZ-MARTINEZ, A#220-511-764, § § § | | |
| Petitioner, § § | | |
| v. § § | CIVIL ACTION NO. H-25-5842 | |
| WARDEN, Joe Corley Processing Center, § § § | | |
| Respondent. § | | |

## SUPPLEMENTAL ORDER TO ANSWER

The petitioner, Leam Elias Jimenez-Martinez (A #220-511-764), is currently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") at the Joe Corley Processing Center in Conroe, Texas. The petitioner is represented by counsel and has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging his continued confinement. He has also filed a Petition for Temporary Restraining Order ("Petition for TRO") (Docket Entry No. 4 and Docket Entry No. 5).[1] On December 9, 2025, the court entered an Order to Answer, instructing the Respondent to answer the pending filings within 30 days; thus making the response deadline January 8, 2026 (see Docket Entry No. 6).

---

[1] The Petition for TRO has been docketed at Docket Entry No. 4 and at Docket Entry No. 5. The Petition for TRO at both docket entries appears to be identical.

On December 17 the petitioner filed a supplemental Petition for Temporary Restraining Order and Request for Injunctive Relief ("Supplemental Petition for TRO") (Docket Entry No. 10).

The court **ORDERS** that in the answer or other appropriate responsive pleading that is currently due on January 8, 2026, the respondent shall also respond to the pending Supplemental Petition for TRO that is docketed at Docket Entry No. 10.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 19th day of December, 2025.

```
                    SIM LAKE
         SENIOR UNITED STATES DISTRICT JUDGE
```